JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona  85007
Telephone: 602-382-2700

BENJAMIN GOOD
New York State Bar #5415914
Asst. Federal Public Defender
Attorney for Defendant
benjamin_good@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Davionte Markwon Stephens,<br><br>　　　　　Defendant. | CR-20-00157-PHX-GMS<br><br>**AMENDED<br>MOTION TO CONTINUE TRIAL<br>and MOTION TO EXTEND<br>PRETRIAL MOTION DEADLINE**<br><br>**(First Request)**<br><br>**(Defendants Not in Custody)** |

　　　　Defendant Davionte Markwon Stephens, through the undersigned counsel, respectfully requests that this Court extend the time for filing of pretrial motions for a period of at least sixty (60) days from the current date of March 25, 2020. In addition, Mr. Stephens requests that the Court continue the trial date for a period of at least sixty (60) days from the current date of April 7, 2020. Additional time will be necessary for defense counsel to review the discovery, investigate the case, engage in plea negotiations, prepare for trial, and render the effective assistance of counsel to Mr. Stephens.

　　　　Mr. Stephens further requests that any subpoenas previously issued and served in this matter remain in effect and that any party who served a subpoena be required to advise the witness of the new trial date.

Assistant U.S. Attorney Jennifer LaGrange indicates that the government has no objection to the requested continuances. Celian Rumann, counsel for the co-defendant, indicates that the co-defendant has no objection to the requested continuances and joins Mr. Stephens's motion.

Excludable delay under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv) may result from this motion or from an order based thereon.

Respectfully submitted:  March 12, 2020.

JON M. SANDS
Federal Public Defender

 *s/Benjamin Good*
BENJAMIN GOOD
Asst. Federal Public Defender